015887303
NYLIAC (A Delaware Corporation)
PO BOX 539
Dallas, TX  75221
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
Universal Life Premium Notice

Policyowner

THE WIEGAND FAMILY LLC
9 HUNTLEIGH WOODS
SAINT LOUIS, MO  63131-4818

Agent/Representative
CLINTON R VANCE
(314) 830-4957

ROBERT A BARR JR
(314) 830-4957

Date Prepared:  JUN 3, 2003

Policy Number:  62 791 665
Insured:     JEAN C WIEGAND

**AMOUNT DUE  :**     $750,000.00

**DATE DUE  :**     06/13/2003          0000103

| Premium for the period from Jun 13, 2003  to  Jun 13, 2004 | $750,000.00 |
|---|---|

Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

If you have any questions, please contact your New York Life agent or one of our customer service representatives at  1-800-695-1314.

*Please refer to important information on the reverse side.*

-----------------------------------------------------------------------------
PLEASE RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

Policy Number :  62 791 665          Mode : **Annual**
Insured:       JEAN C WIEGAND

**Premium Notice**

Date Due:  06/13/2003    Amount Due:  $750,000.00

NYLIAC (A Delaware Corporation)
PO Box 59094
Minneapolis, MN  55459-0094

| Unplanned Payment: | |
|---|---|
| Total Amount Remitted: | |

**Please make checks payable to NYLIAC and print your policy number on your check.  Thank you.**

162791665506130310375000000000000000000000007500000000000000006

Edward Wiegand
NYL00793

Edward Wiegand
NYL00794

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 539
DALLAS TX 75221
www.newyorklife.com

**New York Life Insurance And Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Page 1 of 5**

Policyowner

Agents/Representatives

THE WIEGAND FAMILY LLC
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

**CLINTON R VANCE**
**(314) 830-4957**

**ROBERT A BARR JR**
**(314) 830-4957**

**DATE PREPARED: JUN 13, 2003**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2002** to **Jun 12, 2003**. If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314**.

000115

| Coverage | Insured: | **JEAN C WIEGAND** |
|---|---|---|
| | Policy Number: | **62 791 665** |
| | Policy Plan: | **NYLIAC Accumulator Universal Life Insurance** |
| | Policy Date: | **Jun 13, 2000** |
| | Planned Annual Premium: | **$750,000.00** |
| **Life Insurance Death Benefit** | **Total Death Benefit - Option 1** on Jun 12, 2003: (See Page 2 for details.) | **$1,400,000.00** |
| **Policy Cash Value** | **Cash Value** on Jun 12, 2003: (See Page 2 for details.) | **$812,195.39** |
| **Cash Surrender Value** | **Cash Surrender Value** on Jun 12, 2003: (See Page 2 for details.) | **$762,295.39** |

**Please review the Conditions of Policy Coverage on Page 4 for more details.**

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting your agent, calling 1 800 695 1314, or writing to the New York Life Insurance Company at PO BOX 539, DALLAS TX 75221. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Edward Wiegand
NYL00795

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary
Policy Number: 62 791 665
Page 2 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2003 |
|---|---|

| **Life Insurance Death Benefit** | **Period from Jun 13, 2002 to Jun 12, 2003** |
|---|---|

Base Plan Face Amount on Jun 13, 2002          **$1,400,000.00**

**TOTAL DEATH BENEFIT
on Jun 12, 2003**                                          **$1,400,000.00**

| **Policy Cash Value\*** | **Period from Jun 13, 2002 to Jun 12, 2003** |
|---|---|

Cash Value on Jun 13, 2002                                          $782,530.03
Increased by:
Interest Earned                                                                   47,381.96
Decreased by:
Cost of Insurance Charges\*\*                                          17,608.60
Fees and Other Charges\*\*                                                   108.00
 **CASH VALUE on Jun 12, 2003**                           **$812,195.39**
Less Surrender Charge                                                      49,900.00

**CASH SURRENDER VALUE
on Jun 12, 2003**                                                   **$762,295.39**

\*   Any gain in the policy may be subject to taxation if it lapses or is
    surrendered prior to the death of the insured.
\*\*  See page 3 for details.

| **Loan Summary** | **Period from Jun 13, 2002 to Jun 12, 2003** |
|---|---|

No activity during this period

| **Additional Information** | |
|---|---|

Assuming your current face amount and cash value remain
unchanged, the current interest crediting rate as of Jun 13,
2003 is 5.80%.  This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline
Premium Test.  Please refer to the Definition of Terms for
more information.  According to Section 7702 or 101(F) of the
Internal Revenue Code, premiums paid may not exceed the
greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current
interest rate, contact your agent.

| **Loans and Partial Surrenders** | **Period from Jun 13, 2002 to Jun 12, 2003** |
|---|---|

No activity during this period

| **Summary of Payments** | **Period from Jun 13, 2002 to Jun 12, 2003** |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time.  Instead, we will
hold this charge in escrow until the end of the surrender charge period.  Should you surrender your policy for its full cash surrender
value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender
proceeds.  Please call your agent for further details.

Edward Wiegand
NYL00796

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2003 |
|---|---|

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2002 | Monthly Activity | | $ 1,501.63 | $ 9.00 | | |
| Jul 13 2002 | Monthly Activity | | 1,495.39 | 9.00 | 6.45% | $ 4,057.01 |
| Aug 13 2002 | Monthly Activity | | 1,488.86 | 9.00 | 6.45% | 4,170.74 |
| Sep 13 2002 | Monthly Activity | | 1,482.34 | 9.00 | 6.35% | 4,158.54 |
| Oct 13 2002 | Monthly Activity | | 1,476.25 | 9.00 | 6.25% | 3,975.56 |
| Nov 13 2002 | Monthly Activity | | 1,469.88 | 9.00 | 6.25% | 4,085.48 |
| Dec 13 2002 | Monthly Activity | | 1,463.86 | 9.00 | 6.15% | 3,939.55 |
| Jan 13 2003 | Monthly Activity | | 1,457.61 | 9.00 | 6.05% | 4,020.63 |
| Feb 13 2003 | Monthly Activity | | 1,451.48 | 9.00 | 5.95% | 3,969.31 |
| Mar 13 2003 | Monthly Activity | | 1,446.37 | 9.00 | 5.90% | 3,548.12 |
| Apr 13 2003 | Monthly Activity | | 1,440.32 | 9.00 | 5.90% | 3,922.23 |
| May 13 2003 | Monthly Activity | | 1,434.61 | 9.00 | 5.80% | 3,779.77 |
| Jun 12 2003 | Monthly Activity | | | | 5.80% | 3,755.02 |
| Totals as of Jun 12 2003 | | | $ 17,608.60 | $ 108.00 | | $ 47,381.96 |

\* The interest crediting rate of universal life products, like this policy, will fluctuate from month to month due to changes in market interest rates. This may have had an adverse affect on the interest crediting rate for this period. Please see the above table for detailed information on each month's interest crediting rate.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00. The current monthly administrative fee will be $9.00.

000115

Edward Wiegand
NYL00797

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary
Policy Number: 62 791 665
Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2003 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Oct 2017,** assuming that you make **no further payments,** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Dec 2010,** assuming that you make **no further payments,** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000115

Edward Wiegand
NYL00798

016596215
NYLIAC (A Delaware Corporation)
PO BOX 539
Dallas, TX  75221-0539
1-800-695-1314
www.newyorklife.com

# New York Life Insurance and Annuity Corporation (A Delaware Corporation)
## Universal Life Premium Notice

Policyowner

Agent/Representative
CLINTON R VANCE
(573) 365-2958

HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO  63131-4818

ROBERT A BARR JR
(636) 225-8063

Date Prepared:  JUN 4, 2004

**Policy Number:  62 791 665**
**Insured:      JEAN C WIEGAND**

**AMOUNT DUE  :     $750,000.00**

**DATE DUE  :     06/13/2004**

0000585

| Premium for the period from Jun 13, 2004  to  Jun 13, 2005 | $750,000.00 |
|---|---|

Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

If you have any questions, please contact your New York Life agent or one of our customer service representatives at  1-800-695-1314.

*Please refer to important information on the reverse side.*

------------------------------------------------------------
PLEASE RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE

Policy Number :  62 791 665                Mode :  **Annual**
Insured:       JEAN C WIEGAND

## Premium Notice

Date Due:  **06/13/2004**     Amount Due:  **$750,000.00**

| Unplanned Payment: | |
|---|---|
| **Total Amount Remitted:** | |

NYLIAC (A Delaware Corporation)
PO Box 59094
Minneapolis, MN  55459-0094

**Please make checks payable to NYLIAC and print your policy number on your check. Thank you.**

16279166550613041037500000000000000000000007500000000000000005

Edward Wiegand
NYL00799

Edward Wiegand
NYL00800

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 539
DALLAS TX 75221
www.newyorklife.com

**New York Life Insurance And Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Page 1 of 5**

Policyowner

Agents/Representatives

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

**CLINTON R VANCE**
**(573) 365-2958**

**ROBERT A BARR JR**
**(636) 225-8063**

**DATE PREPARED: JUN 14, 2004**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2003** to **Jun 12, 2004.** If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314. For policy information and online service, please visit us at www.newyorklife.com/vsc.**

000400

| Coverage | | |
|---|---|---|
| | **Insured:** | **JEAN C WIEGAND** |
| | **Policy Number:** | **62 791 665** |
| | **Policy Plan:** | **NYLIAC Accumulator Universal Life Insurance** |
| | **Policy Date:** | **Jun 13, 2000** |
| | **Planned Annual Premium:** | **$750,000.00** |
| **Life Insurance Death Benefit** | **Total Death Benefit - Option 1** on Jun 12, 2004: (See Page 3 for details.) | **$1,400,000.00** |
| **Policy Cash Value** | **Cash Value** on Jun 12, 2004: (See Page 3 for details.) | **$835,649.79** |
| **Cash Surrender Value** | **Cash Surrender Value** on Jun 12, 2004: (See Page 3 for details.) | **$785,749.79** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page.**

--------------------------------------------------------------------------------
Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

Policy Number: 62 791 665

Premium Amount: _____

( Minimum amount: $50.00)
Please be sure to make your check payable to NYLIAC and include your policy number on it.
Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 539
Dallas TX 75221

Unplanned premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Unplanned payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please contact your agent or call a Customer Service Representative at the number shown above.

Edward Wiegand
NYL00801

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2004 |
|---|---|

| Life Insurance Death Benefit | Period from Jun 13, 2003 to Jun 12, 2004 |
|---|---|

| | |
|---|---|
| Base Plan Face Amount on Jun 13, 2003 | $1,400,000.00 |

| **TOTAL DEATH BENEFIT** on Jun 12, 2004 | **$1,400,000.00** |
|---|---|

| Policy Cash Value* | Period from Jun 13, 2003 to Jun 12, 2004 |
|---|---|

| | |
|---|---|
| Cash Value on Jun 13, 2003 | $812,320.83 |
| Increased by: | |
| Interest Earned | 43,620.25 |
| Decreased by: | |
| Cost of Insurance Charges** | 20,183.29 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2004** | **$835,649.79** |
| Less Surrender Charge | 49,900.00 |
| **CASH SURRENDER VALUE on Jun 12, 2004** | **$785,749.79** |

\*  Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\* See page 4 for details.

| Loan Summary | Period from Jun 13, 2003 to Jun 12, 2004 |
|---|---|

No activity during this period

| Additional Information |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2004 is 5.15%. This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test. Please refer to the Definition of Terms for more information. According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate, contact your agent.

| Loans and Partial Surrenders | Period from Jun 13, 2003 to Jun 12, 2004 |
|---|---|

No activity during this period

| Summary of Payments | Period from Jun 13, 2003 to Jun 12, 2004 |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time. Instead, we will hold this charge in escrow until the end of the surrender charge period. Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds. Please call your agent for further details.

Edward Wiegand
NYL00802

**New York Life Insurance and Annuity**
**Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2004 |
|---|---|

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2003 | Monthly Activity | | $ 1,714.37 | $ 9.00 | | |
| Jul 13 2003 | Monthly Activity | | 1,708.49 | 9.00 | 5.65% | $ 3,723.79 |
| Aug 13 2003 | Monthly Activity | | 1,702.36 | 9.00 | 5.65% | 3,802.08 |
| Sep 13 2003 | Monthly Activity | | 1,696.19 | 9.00 | 5.65% | 3,811.85 |
| Oct 13 2003 | Monthly Activity | | 1,690.41 | 9.00 | 5.55% | 3,670.61 |
| Nov 13 2003 | Monthly Activity | | 1,684.34 | 9.00 | 5.55% | 3,764.76 |
| Dec 13 2003 | Monthly Activity | | 1,678.58 | 9.00 | 5.55% | 3,652.28 |
| Jan 13 2004 | Monthly Activity | | 1,672.58 | 9.00 | 5.35% | 3,727.47 |
| Feb 13 2004 | Monthly Activity | | 1,666.77 | 9.00 | 5.35% | 3,659.25 |
| Mar 13 2004 | Monthly Activity | | 1,661.95 | 9.00 | 5.35% | 3,312.42 |
| Apr 13 2004 | Monthly Activity | | 1,656.23 | 9.00 | 5.15% | 3,619.07 |
| May 13 2004 | Monthly Activity | | 1,651.02 | 9.00 | 5.15% | 3,434.65 |
| Jun 12 2004 | Monthly Activity | | | | 5.15% | 3,442.02 |
| Totals as of Jun 12 2004 | | | $ 20,183.29 | $ 108.00 | | $ 43,620.25 |

\* The interest crediting rate of universal life products, like this policy, will fluctuate from month to month due to changes in market interest rates.  This may have had an adverse affect on the interest crediting rate for this period.  Please see the above table for detailed information on each month's interest crediting rate.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00.  The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00803

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2004 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Dec 2016**, assuming that you make **no further payments**, and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Aug 2011**, assuming that you make **no further payments**, and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000480

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting your agent, calling 1-800-695-1314, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 539, DALLAS TX 75221. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Edward Wiegand
NYL00904

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX 75313-0539
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

|||||||||||||||||||||||||||||||||||||||
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO 63131-4818

Agent/Representative
CLINTON R VANCE
(573) 365-2958

ROBERT A BARR JR LUTCF
(636) 225-8063

Date Prepared: JUN 3, 2005

Policy Number: **62 791 665**
Insured:  **JEAN C WIEGAND**

**\* AMOUNT DUE :   $260,867.70**

**DATE  DUE :   06/13/2005**

0000649

| Premium for the period from Jun 13, 2005 to Jun 13, 2006 | $260,867.70 |
|---|---|

Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

Your premium will be credited to your policy on the business day that it is received.  Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at  *www.newyorklife.com/vsc* or call one of our customer service representatives at 1-800-695-1314. They will be happy to answer any questions you may have on your policy. Thank you for making New York Life  *The Company You Keep®.*

**\* THE BILLED AMOUNT HAS BEEN REDUCED TO PREVENT VIOLATION OF CURRENT TAX LAWS WE WILL NOT BILL YOU AGAIN UNTIL WE CAN ACCEPT FURTHER PAYMENTS.**

---

*Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.*
PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

Policy Number : 62 791 665          Mode : **Annual**                **Premium Notice**
Insured:    JEAN C WIEGAND

Date Due:  06/13/2005     Amount Due:  $260,867.70

|||||||||||||||||||||||||||||||||||
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH 45274-2545

| **Unplanned Payment:** | |
|---|---|
| **Total Amount Remitted:** | |

**Please make checks payable to NYLIAC and print your policy number on your check. Thank you.**

1627916655061305103 260867700000000000000000 0260867700000000009

Edward Wiegand
NYL00805

Edward Wiegand
NYL00806

**NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 130539
DALLAS TX 75313 0539**
*www.newyorklife.com*

# New York Life Insurance And Annuity Corporation (A Delaware Corporation)
## Annual Policy Summary
### Page 1 of 5

Policyowner

||||ı||ıı||ıı||ı||ı||ı||ıı||ıı||ıı||ı||ıı||ı||ı||

**HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818**

Agents/Representatives

**CLINTON R VANCE
(573) 365-2958**

**ROBERT A BARR JR
(636) 225-8063**

**DATE PREPARED: JUN 13, 2005**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2004 to Jun 12, 2005.**  If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314.  For policy information and online service, please visit us at www.newyorklife.com/vsc.**

000548

| Coverage | | |
|---|---|---|
| | Insured: | **JEAN C WIEGAND** |
| | Policy Number: | **62 791 665** |
| | Policy Plan: | **NYLIAC Accumulator Universal Life Insurance** |
| | Policy Date: | **Jun 13, 2000** |
| | Planned Annual Premium: | **$750,000.00** |
| Life Insurance Death Benefit | Total Death Benefit - Option 1 on Jun 12, 2005: (See Page 3 for details.) | **$1,400,000.00** |
| Policy Cash Value | Cash Value on Jun 12, 2005: (See Page 3 for details.) | **$852,804.10** |
| Cash Surrender Value | Cash Surrender Value on Jun 12, 2005: (See Page 3 for details.) | **$815,379.10** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page.**

-------------------------------------------------------------------------------------------------------------------------------
Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

**Policy Number: 62 791 665**

**Premium Amount:** _____

**(Minimum amount: $50.00)**
Please be sure to make your check payable to
NYLIAC and include your policy number on it.
Please send your check to:

||ı||ıı||ı||ıı||ıı||ıı||ı||ıı||ı||ı||ıı||ı||ıı||ıı||ı||

New York Life Insurance and Annuity Corporation
PO Box 130539
Dallas TX 75313-0539

Unplanned premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval.  There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Unplanned payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing and advise you of any tax implications.  If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please contact your agent or call a Customer Service Representative at the number shown above.

Edward Wiegand
NYL00807

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2005 |
|---|---|

| Life Insurance Death Benefit | Period from Jun 13, 2004 to Jun 12, 2005 |
|---|---|

| | |
|---|---|
| Base Plan Face Amount on Jun 13, 2004 | $1,400,000.00 |

| **TOTAL DEATH BENEFIT** on Jun 12, 2005 | **$1,400,000.00** |
|---|---|

| Policy Cash Value* | Period from Jun 13, 2004 to Jun 12, 2005 |
|---|---|

| | |
|---|---|
| Cash Value on Jun 13, 2004 | $835,764.77 |
| Increased by: | |
| Interest Earned | 41,313.16 |
| Decreased by: | |
| Cost of Insurance Charges** | 24,165.83 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2005** | **$852,804.10** |
| Less Surrender Charge | 37,425.00 |
| **CASH SURRENDER VALUE** on Jun 12, 2005 | **$815,379.10** |

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\* See page 4 for details.

| Loan Summary | Period from Jun 13, 2004 to Jun 12, 2005 |
|---|---|

No activity during this period

| Additional Information |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2005 is 4.95%. This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test. Please refer to the Definition of Terms for more information. According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate, contact your agent.

| Loans and Partial Surrenders | Period from Jun 13, 2004 to Jun 12, 2005 |
|---|---|

No activity during this period

| Summary of Payments | Period from Jun 13, 2004 to Jun 12, 2005 |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time. Instead, we will hold this charge in escrow until the end of the surrender charge period. Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds. Please call your agent for further details.

000548

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2005 |
|---|---|

## TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2004 | Monthly Activity | | $ 2,042.82 | $ 9.00 | | |
| Jul 13 2004 | Monthly Activity | | 2,037.72 | 9.00 | 5.15% | $ 3,448.20 |
| Aug 13 2004 | Monthly Activity | | 2,032.16 | 9.00 | 5.15% | 3,569.44 |
| Sep 13 2004 | Monthly Activity | | 2,026.56 | 9.00 | 5.15% | 3,575.91 |
| Oct 13 2004 | Monthly Activity | | 2,021.44 | 9.00 | 5.05% | 3,438.16 |
| Nov 13 2004 | Monthly Activity | | 2,016.00 | 9.00 | 5.05% | 3,520.47 |
| Dec 13 2004 | Monthly Activity | | 2,010.94 | 9.00 | 5.05% | 3,412.72 |
| Jan 13 2005 | Monthly Activity | | 2,005.52 | 9.00 | 4.95% | 3,503.85 |
| Feb 13 2005 | Monthly Activity | | 2,000.21 | 9.00 | 4.95% | 3,470.26 |
| Mar 13 2005 | Monthly Activity | | 1,996.08 | 9.00 | 4.95% | 3,139.21 |
| Apr 13 2005 | Monthly Activity | | 1,990.70 | 9.00 | 4.95% | 3,480.89 |
| May 13 2005 | Monthly Activity | | 1,985.68 | 9.00 | 4.95% | 3,374.29 |
| Jun 12 2005 | Monthly Activity | | | | 4.95% | 3,379.76 |
| Totals as of Jun 12 2005 | | | $ 24,165.83 | $ 108.00 | | $ 41,313.16 |

* The interest crediting rate of universal life products, like this policy, will fluctuate from month to month due to changes in market interest rates.  This may have had an adverse affect on the interest crediting rate for this period.  Please see the above table for detailed information on each month's interest crediting rate.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00.  The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00809

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2005 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Sep 2016**, assuming that you make **no further payments**, and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Mar 2012**, assuming that you make **no further payments**, and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000548

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting your agent, calling 1-800-695-1314, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 130539, DALLAS TX 75313-0539. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Edward Wiegand
NYL00810

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX 75313-0539
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

|||||||||||||||||||||||||||||||||||||||||
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO 63131-4818

Agent/Representative
CLINTON R VANCE
(573) 365-2958

ROBERT A BARR JR LUTCF
(636) 225-8063

Date Prepared: JUN 2, 2006

Policy Number: **62 791 665**
Insured:   **JEAN C WIEGAND**

* **AMOUNT DUE :**      $429,345.65

**DATE  DUE :**      06/13/2006

0000792

| Premium for the period from Jun 13, 2006 to Jun 13, 2007 | $429,345.65 |
|---|---|

   Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

   This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

   Your premium will be credited to your policy on the business day that it is received.  Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at *www.newyorklife.com/vsc* or call one of our customer service representatives at 1-800-695-1314. They will be happy to answer any questions you may have on your policy. Thank you for making New York Life *The Company You Keep®.*

**\* The billed amount has been reduced to prevent violation of current tax laws.  We will not bill you again until we can accept further payments.**

*Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.*
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
*PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.*

Policy Number : **62 791 665**          Mode : **Annual**                    **Premium Notice**
Insured:       JEAN C WIEGAND

Date Due:  **06/13/2006**    Amount Due:  **$429,345.65**

||||||||||||||||||||||||||||||||||||
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH 45274-2545

| **Unplanned Payment:** | |
|---|---|
| **Total Amount Remitted:** | |

**Please make checks payable to NYLIAC and print your policy
number on your check. Thank you.**

1627916655061306103  429345650000000000000000  042934565000000003

Edward Wiegand
NYL00811

Edward Wiegand
NYL00812

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 130539
DALLAS TX 75313 0539
*www.newyorklife.com*

**New York Life Insurance And Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
Page 1 of 5

Policyowner

Agents/Representatives

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

**CLINTON R VANCE**
(573) 365-2958

**ROBERT A BARR JR**
(636) 225-8063

**DATE PREPARED: JUN 13, 2006**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2005 to Jun 12, 2006**. If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314**. For policy information and online service, please visit us at www.newyorklife.com/vsc.

000199

| Coverage | | |
|---|---|---|
| | Insured: | **JEAN C WIEGAND** |
| | Policy Number: | **62 791 665** |
| | Policy Plan: | **NYLIAC Accumulator Universal Life Insurance** |
| | Policy Date: | **Jun 13, 2000** |
| | Planned Annual Premium: | **$750,000.00** |
| Life Insurance Death Benefit | Total Death Benefit - Option 1 on Jun 12, 2006: (See Page 3 for details.) | **$1,400,000.00** |
| Policy Cash Value | Cash Value on Jun 12, 2006: (See Page 3 for details.) | **$866,035.82** |
| Cash Surrender Value | Cash Surrender Value on Jun 12, 2006: (See Page 3 for details.) | **$834,848.32** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your agent to review the status of your policy.**

-----------------------------------------------------------------------------------------------------------------

Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

**Policy Number: 62 791 665**

**Premium Amount:** _____

**(Minimum amount: $50.00)**

Please be sure to make your check payable to NYLIAC and include your policy number on it. Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 130539
Dallas TX 75313-0539

Unplanned premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Unplanned payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please contact your agent or call a Customer Service Representative at the number shown above.

Edward Wiegand
NYL00813

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2006 |
|---|---|

| **Life Insurance Death Benefit** | **Period from Jun 13, 2005 to Jun 12, 2006** |
|---|---|
| Base Plan Face Amount on Jun 13, 2005 | $1,400,000.00 |

| **TOTAL DEATH BENEFIT** on Jun 12, 2006 | $1,400,000.00 |
|---|---|

| **Policy Cash Value\*** | **Period from Jun 13, 2005 to Jun 12, 2006** |
|---|---|
| Cash Value on Jun 13, 2005 | $852,917.03 |
| Increased by: | |
| Interest Earned | 40,906.48 |
| Decreased by: | |
| Cost of Insurance Charges\*\* | 27,679.69 |
| Fees and Other Charges\*\* | 108.00 |
| **CASH VALUE on Jun 12, 2006** | **$866,035.82** |
| Less Surrender Charge | 31,187.50 |
| **CASH SURRENDER VALUE** on Jun 12, 2006 | **$834,848.32** |

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\*  See page 4 for details.

| **Loan Summary** | **Period from Jun 13, 2005 to Jun 12, 2006** |
|---|---|
| No activity during this period | |

| **Additional Information** |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2006 is 4.80%. This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test. Please refer to the Definition of Terms for more information. According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate, contact your agent.

| **Loans and Partial Surrenders** | **Period from Jun 13, 2005 to Jun 12, 2006** |
|---|---|
| No activity during this period | |

| **Summary of Payments** | **Period from Jun 13, 2005 to Jun 12, 2006** |
|---|---|
| No activity during this period | |

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time. Instead, we will hold this charge in escrow until the end of the surrender charge period. Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds. Please call your agent for further details.

Edward Wiegand
NYL00814

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2006 |
| --- | --- |

## TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
| --- | --- | --- | --- | --- | --- | --- |
| Jun 13 2005 | Monthly Activity | | $ 2,332.85 | $ 9.00 | | |
| Jul 13 2005 | Monthly Activity | | 2,328.37 | 9.00 | 4.95% | $ 3,384.36 |
| Aug 13 2005 | Monthly Activity | | 2,323.36 | 9.00 | 4.95% | 3,501.66 |
| Sep 13 2005 | Monthly Activity | | 2,318.31 | 9.00 | 4.95% | 3,506.50 |
| Oct 13 2005 | Monthly Activity | | 2,313.77 | 9.00 | 4.90% | 3,383.29 |
| Nov 13 2005 | Monthly Activity | | 2,308.79 | 9.00 | 4.90% | 3,480.93 |
| Dec 13 2005 | Monthly Activity | | 2,304.26 | 9.00 | 4.90% | 3,373.02 |
| Jan 13 2006 | Monthly Activity | | 2,299.20 | 9.00 | 4.90% | 3,490.03 |
| Feb 13 2006 | Monthly Activity | | 2,294.09 | 9.00 | 4.90% | 3,494.83 |
| Mar 13 2006 | Monthly Activity | | 2,290.41 | 9.00 | 4.90% | 3,160.36 |
| Apr 13 2006 | Monthly Activity | | 2,285.36 | 9.00 | 4.80% | 3,473.86 |
| May 13 2006 | Monthly Activity | | 2,280.92 | 9.00 | 4.80% | 3,326.81 |
| Jun 12 2006 | Monthly Activity | | | | 4.80% | 3,330.83 |
| Totals as of Jun 12 2006 | | | $ 27,679.69 | $ 108.00 | | $ 40,906.48 |

* The interest crediting rate of universal life products, like this policy, will fluctuate from month to month due to changes in market interest rates. This may have had an adverse affect on the interest crediting rate for this period. Please see the above table for detailed information on each month's interest crediting rate.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00. The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00815

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2006 |
|---|---|

**Conditions of Policy Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments** of $750,000.00 and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of $750,000.00 and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Aug 2016**, assuming that you make **no further payments**, and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Sep 2012**, assuming that you make **no further payments**, and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000199

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting your agent, calling 1-800-695-1314, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 130539, DALLAS TX 75313-0539. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Edward Wiegand
NYL00816

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX 75313-0539
1-800-695-1314
www.newyorklife.com

## New York Life Insurance and Annuity Corporation (A Delaware Corporation)
### Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

|ılılıılıılılılılılılıılıılılılılılılılılılı|
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO 63131-4818

Agent/Representative
CLINTON R VANCE
(573) 365-2958

ROBERT A BARR JR LUTCF
(636) 225-8063

Date Prepared: JUN 4, 2007

Policy Number: **62 791 665**
Insured:     **JEAN C WIEGAND**

**\* AMOUNT DUE :**    **$597,823.60**

**DATE DUE :**    **06/13/2007**

8000495

| Premium for the period from Jun 13, 2007 to Jun 13, 2008 | $597,823.60 |
|---|---|

Your insurance policy is a very valuable asset. It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

This is a notice for the planned payment for your life insurance policy. It does not waive a prior lapse or other failure to keep this policy in force. If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

Your premium will be credited to your policy on the business day that it is received. Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing. If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.** For policy service, including a change to your address or premium mode, please visit our website at **www.newyorklife.com/vsc** or call one of our customer service representatives at 1-800-695-1314. They will be happy to answer any questions you may have on your policy. Thank you for making New York Life **The Company You Keep®.**

**\* The billed amount has been reduced to prevent violation of current tax laws. We will not bill you again until we can accept further payments.**

---

*Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.*
PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.

Policy Number : 62 791 665        Mode : **Annual**
Insured:     JEAN C WIEGAND

## Premium Notice

Date Due: **06/13/2007**    Amount Due: **$597,823.60**

|ılılıılıılılıılılılılılıılılılılılılılı|
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH 45274-2545

| Unplanned Payment: | |
|---|---|
| Total Amount Remitted: | |

**Please make checks payable to NYLIAC and print your policy number on your check. Thank you.**

⑆16279166550613071D3 5978236D00000000000000000 05978236D0000000000005

Edward Wiegand
NYL00817

Edward Wiegand
NYL00818

**NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 130539
DALLAS TX 75313 0539**
*www.newyorklife.com*

# New York Life Insurance And Annuity Corporation (A Delaware Corporation)
## Annual Policy Summary
### Page 1 of 5

Policyowner

Agents/Representatives

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

**CLINTON R VANCE**
(573) 365-2958

**ROBERT A BARR JR**
(636) 225-8063

**DATE PREPARED: JUN 13, 2007**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2006** to **Jun 12, 2007.** If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314.** For policy information and online service, please visit us at **www.newyorklife.com/vsc.**

000240

| Coverage | | |
|---|---|---|
| | Insured: | **JEAN C WIEGAND** |
| | Policy Number: | **62 791 665** |
| | Policy Plan: | **NYLIAC Accumulator Universal Life Insurance** |
| | Policy Date: | **Jun 13, 2000** |
| | Planned Annual Premium: | **$750,000.00** |
| **Life Insurance Death Benefit** | **Total Death Benefit - Option 1** on Jun 12, 2007: (See Page 3 for details.) | **$1,400,000.00** |
| **Policy Cash Value** | **Cash Value** on Jun 12, 2007: (See Page 3 for details.) | **$874,029.72** |
| **Cash Surrender Value** | **Cash Surrender Value** on Jun 12, 2007: (See Page 3 for details.) | **$849,079.72** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your agent to review the status of your policy.**

---

Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

**Policy Number: 62 791 665**

**Premium Amount:** _____

**(Minimum amount: $50.00)**

Please be sure to make your check payable to
NYLIAC and include your policy number on it.
Please send your check to:

New York Life Insurance and Annuity Corporation
PO BOX 742525
Cincinnati, OH 45274-2525

Unplanned premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Unplanned payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please contact your agent or call a Customer Service Representative at the number shown above.

346279166550300000000627916655b

Edward Wiegand
NYL00819

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary
Policy Number: 62 791 665
Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2007 |
|---|---|

| Life Insurance Death Benefit | Period from Jun 13, 2006 to Jun 12, 2007 |
|---|---|

Base Plan Face Amount on Jun 13, 2006     $1,400,000.00

**TOTAL DEATH BENEFIT**
**on Jun 12, 2007**     $1,400,000.00

| Policy Cash Value* | Period from Jun 13, 2006 to Jun 12, 2007 |
|---|---|

| | |
|---|---|
| Cash Value on Jun 13, 2006 | $866,147.09 |
| Increased by: | |
| Interest Earned | 40,224.08 |
| Decreased by: | |
| Cost of Insurance Charges** | 32,233.45 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2007** | **$874,029.72** |
| Less Surrender Charge | 24,950.00 |
| **CASH SURRENDER VALUE on Jun 12, 2007** | **$849,079.72** |

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\* See page 4 for details.

| Loan Summary | Period from Jun 13, 2006 to Jun 12, 2007 |
|---|---|

No activity during this period

**Additional Information**

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2007 is 4.75%. This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test. Please refer to the Definition of Terms for more information. According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate contact your agent.

| Loans and Partial Surrenders | Period from Jun 13, 2006 to Jun 12, 2007 |
|---|---|

No activity during this period

| Summary of Payments | Period from Jun 13, 2006 to Jun 12, 2007 |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time. Instead, we will hold this charge in escrow until the end of the surrender charge period. Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds. Please call your agent for further details.

000240

Edward Wiegand
NYL00820

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2007 |
|---|---|

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2006 | Monthly Activity | | $ 2,704.69 | $ 9.00 | | |
| Jul 13 2006 | Monthly Activity | | 2,701.60 | 9.00 | 4.75% | $ 3,318.81 |
| Aug 13 2006 | Monthly Activity | | 2,698.01 | 9.00 | 4.75% | 3,412.29 |
| Sep 13 2006 | Monthly Activity | | 2,694.39 | 9.00 | 4.75% | 3,415.04 |
| Oct 13 2006 | Monthly Activity | | 2,691.31 | 9.00 | 4.75% | 3,307.36 |
| Nov 13 2006 | Monthly Activity | | 2,687.63 | 9.00 | 4.75% | 3,420.19 |
| Dec 13 2006 | Monthly Activity | | 2,684.48 | 9.00 | 4.75% | 3,312.41 |
| Jan 13 2007 | Monthly Activity | | 2,680.74 | 9.00 | 4.75% | 3,425.55 |
| Feb 13 2007 | Monthly Activity | | 2,676.97 | 9.00 | 4.75% | 3,428.36 |
| Mar 13 2007 | Monthly Activity | | 2,674.86 | 9.00 | 4.75% | 3,098.78 |
| Apr 13 2007 | Monthly Activity | | 2,671.03 | 9.00 | 4.75% | 3,432.94 |
| May 13 2007 | Monthly Activity | | 2,667.74 | 9.00 | 4.75% | 3,324.93 |
| Jun 12 2007 | Monthly Activity | | | | 4.75% | 3,327.42 |
| Totals as of Jun 12 2007 | | | $32,233.45 | $ 108.00 | | $ 40,224.08 |

000240

* The interest crediting rate of universal life products, like this policy, will fluctuate from month to month due to changes in market interest rates.  This may have had an adverse affect on the interest crediting rate for this period.  Please see the above table for detailed information on each month's interest crediting rate.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00.  The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00821

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2007 |
|---|---|

**Conditions of Policy Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Aug 2016,** assuming that you make **no further payments,** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Apr 2013,** assuming that you make **no further payments,** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

The **NUMBER ONE** cause of problems in processing claims is inaccurate or invalid beneficiary designations. - Call your Agent **TODAY** to review yours.

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting your agent, calling 1-800-695-1314, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 130539, DALLAS TX 75313-0539. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Edward Wiegand
NYL00022

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX 75313-0539
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

|llll··ll··ll·ll·ll··lll··ll·ll·ll·ll·l
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO 63131-4818

Agent/Representative
CLINTON R VANCE
(573) 365-2958

ROBERT A BARR JR LUTCF
(636) 225-8063

Date Prepared: JUN 3, 2008

**Policy Number: 62 791 665**
**Insured:     JEAN C WIEGAND**

**AMOUNT DUE :     $750,000.00**

**DATE  DUE  :     06/13/2008**

8000525

| Premium for the period from Jun 13, 2008 to Jun 13, 2009 | $750,000.00 |
|---|---|

   Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

   This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

   Your premium will be credited to your policy on the business day that it is received.  Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at **www.newyorklife.com/vsc** or call one of our customer service representatives at 1-800-695-1314. They will be happy to answer any questions you may have on your policy. Thank you for making New York Life **The Company You Keep®.**

- - - - *Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.* - - - -
**PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.**

Policy Number : 62 791 665          Mode : **Annual**
Insured:     JEAN C WIEGAND

**Premium Notice**

Date Due:  06/13/2008     Amount Due:  $750,000.00

|llll··ll··ll·ll·ll·l·ll·ll·ll·ll·ll·ll·l
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH 45274-2545

| Unplanned Payment: | |
|---|---|
| **Total Amount Remitted:** | |

**Please make checks payable to NYLIAC and print your policy number on your check.  Thank you.**

162791665506130810 3 75000000000000000000000 07500000000000000001

Edward Wiegand
NYL00823

Edward Wiegand
NYL00824

**NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 130539
DALLAS TX 75313 0539**
*www.newyorklife.com*

# New York Life Insurance And Annuity Corporation (A Delaware Corporation)
## Annual Policy Summary
### Page 1 of 5

Policyowner

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

Agents/Representatives

CLINTON R VANCE
(573) 365-2958

ROBERT A BARR JR
(636) 225-8063

DATE PREPARED: JUN 13, 2008

---

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2007** to **Jun 12, 2008**. If you have any questions, please contact your New York Life Agent listed above or one of our Customer Service Representatives at **1-800-695-1314**. For policy information and online service, please visit us at **www.newyorklife.com/vsc.**

000268

| Coverage | | |
|---|---|---|
| | **Insured:** | **JEAN C WIEGAND** |
| | **Policy Number:** | **62 791 665** |
| | **Policy Plan:** | **NYLIAC Accumulator Universal Life Insurance** |
| | **Policy Date:** | **Jun 13, 2000** |
| | **Planned Annual Premium:** | **$750,000.00** |
| Life Insurance Death Benefit | **Total Death Benefit - Option 1** on Jun 12, 2008: (See Page 3 for details.) | **$1,400,000.00** |
| Policy Cash Value | **Cash Value** on Jun 12, 2008: (See Page 3 for details.) | **$877,887.77** |
| Cash Surrender Value | **Cash Surrender Value** on Jun 12, 2008: (See Page 3 for details.) | **$859,175.27** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your agent to review the status of your policy.**

-----------------------------------------------------------------------------------------------------
Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

Policy Number: 62 791 665

Premium Amount: _____

(Minimum amount: $50.00)
Please be sure to make your check payable to NYLIAC and include your policy number on it.
Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 742525
Cincinnati, OH  45274-2525

Optional premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Optional payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please contact your agent or call a Customer Service Representative at the number shown above.

34627916655030000000006279166556
Edward Wiegand
NYL00825

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2008 |
|---|---|

| Life Insurance Death Benefit | Period from Jun 13, 2007 to Jun 12, 2008 |
|---|---|

| Base Plan Face Amount on Jun 13, 2007 | $1,400,000.00 |
|---|---|

**TOTAL DEATH BENEFIT on Jun 12, 2008**  $1,400,000.00

| Policy Cash Value* | Period from Jun 13, 2007 to Jun 12, 2008 |
|---|---|

| Cash Value on Jun 13, 2007 | $874,140.82 |
|---|---|
| Increased by: | |
| Interest Earned | 40,076.41 |
| Decreased by: | |
| Cost of Insurance Charges** | 36,221.46 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2008** | **$877,887.77** |
| Less Surrender Charge | 18,712.50 |
| **CASH SURRENDER VALUE on Jun 12, 2008** | **$859,175.27** |

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\*  See page 4 for details.

| Loan Summary | Period from Jun 13, 2007 to Jun 12, 2008 |
|---|---|

No activity during this period

| Additional Information |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2008 is 4.70%.  This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test.  Please refer to the Definition of Terms for more information.  According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate contact your agent.

| Loans and Partial Surrenders | Period from Jun 13, 2007 to Jun 12, 2008 |
|---|---|

No activity during this period

| Summary of Payments | Period from Jun 13, 2007 to Jun 12, 2008 |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time.  Instead, we will hold this charge in escrow until the end of the surrender charge period.  Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds.  Please call your agent for further details.  .

Edward Wiegand
NYL00826

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2008 |
|---|---|

## TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2007 | Monthly Activity | | $ 3,028.75 | $ 9.00 | | |
| Jul 13 2007 | Monthly Activity | | 3,027.15 | 9.00 | 4.70% | $ 3,314.08 |
| Aug 13 2007 | Monthly Activity | | 3,025.00 | 9.00 | 4.70% | 3,405.78 |
| Sep 13 2007 | Monthly Activity | | 3,022.83 | 9.00 | 4.70% | 3,407.18 |
| Oct 13 2007 | Monthly Activity | | 3,021.28 | 9.00 | 4.70% | 3,298.49 |
| Nov 13 2007 | Monthly Activity | | 3,019.08 | 9.00 | 4.70% | 3,409.74 |
| Dec 13 2007 | Monthly Activity | | 3,017.49 | 9.00 | 4.70% | 3,300.93 |
| Jan 13 2008 | Monthly Activity | | 3,015.25 | 9.00 | 4.70% | 3,412.28 |
| Feb 13 2008 | Monthly Activity | | 3,012.99 | 9.00 | 4.70% | 3,413.78 |
| Mar 13 2008 | Monthly Activity | | 3,012.63 | 9.00 | 4.70% | 3,084.17 |
| Apr 13 2008 | Monthly Activity | | 3,010.34 | 9.00 | 4.70% | 3,415.57 |
| May 13 2008 | Monthly Activity | | 3,008.67 | 9.00 | 4.70% | 3,306.69 |
| Jun 12 2008 | Monthly Activity | | | | 4.70% | 3,307.72 |
| Totals as of Jun 12 2008 | | | $ 36,221.46 | $ 108.00 | | $ 40,076.41 |

\* The interest crediting rate of this universal life policy can change from month to month as stated in your policy contract. The interest crediting rate can increase, decrease or stay the same based on the returns of our NYLIAC portfolio, and may not change in direct correlation to current movements in the interest rate marketplace. This may have had an adverse effect on the interest crediting rate for this period. Please see the above table for detailed information on each month's interest rate. The interest crediting rate will never be less than the guaranteed interest crediting rate specified in your policy contract.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00. The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00827

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary
Policy Number: 62 791 665
Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2008 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments** of
   **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that
   are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of
   **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and
   charges** that are guaranteed by the policy are deducted.

3. **Aug 2016**, assuming that you make **no further payments**, and that the **current** interest
   rate is credited and the **fees and charges** that are currently utilized continue to be
   deducted.

4. **Oct 2013**, assuming that you make **no further payments**, and that the **guaranteed**
   interest rate is credited and the maximum **fees and charges** that are guaranteed by the
   policy are deducted.

000268

The **NUMBER ONE** cause of problems in processing claims is inaccurate or invalid beneficiary
designations. - Call your Agent **TODAY** to review yours.

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your
policy to understand how it may perform in the future. You should not consider replacement of your policy or make
changes in your coverage without requesting a current illustration. You may annually request, without charge, such an
illustration by contacting your agent, calling 1-800-695-1314, or writing to the New York Life Insurance and Annuity
Corporation at PO BOX 130539, DALLAS TX 75313-0539. If you do not receive a current illustration of your policy
within 30 days from your request, you should contact your state insurance department.

Edward Wiegand

NYL00828

**018596215**
**NYLIAC (A Delaware Corporation)**
**PO BOX 130539**
**Dallas, TX 75313-0539**
**1-800-695-1314**
***www.newyorklife.com***

### New York Life Insurance and Annuity Corporation (A Delaware Corporation)
#### Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

||ı|ıılıııılııılıılıılıılıılıılıılıılıılıılıı
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO 63131-4818

Agent/Representative
MOBILE GENERAL OFFICE
(251) 460-4606

Date Prepared: JUN 5, 2009

| | | |
|---|---|---|
| **Policy Number: 62 791 665** | **AMOUNT DUE * :** | **$750,000.00** |
| **Insured:     JEAN C WIEGAND** | **DATE  DUE :** | **06/13/2009** |

0001345

| | |
|---|---|
| Premium for the period from Jun 13, 2009  to  Jun 13, 2010 | $750,000.00 |

Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement. If anyone suggests that you cancel or replace your policy, please contact your New York Life agent or a customer service representative.

This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

Your premium will be credited to your policy on the business day that it is received.  Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at  ***www.newyorklife.com/vsc*** or call one of our customer service representatives at 1-800-695-1314.  Thank you for making New York Life  ***The Company You Keep®.***

**\* Please refer to an "Important Message Regarding Premium Payments" on the reverse side of this notice.**

---

*Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.*
*PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.*

Policy Number : 62 791 665         Mode : **Annual**
Insured:        JEAN C WIEGAND

## Premium Notice

Date Due:  06/13/2009   Amount Due:  $750,000.00

||ıılıılıılıılıılıılıılıılıılıılıılıılıılıılıı
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH 45274-2545

| | |
|---|---|
| **Unplanned Payment:** | |
| **Total Amount Remitted:** | |

**Please make checks payable to NYLIAC and print your policy number on your check. Thank you.**

1627916655061309103 750000000000000000000 075000000000000000000

Edward Wiegand
NYL00829

Edward Wiegand
NYL00830

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 6916
CLEVELAND OH 44101
www.newyorklife.com

# New York Life Insurance And Annuity Corporation (A Delaware Corporation)
## Annual Policy Summary
### Page 1 of 5

Policyowner

Agents/Representatives

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

**CUSTOMER RELATIONS**
**(800) 695-4331**

**DATE PREPARED: JUN 15, 2009**

---

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2008** to **Jun 12, 2009**. If you have any questions, please contact one of our Customer Service Representatives at **1-800-695-9873**. For policy information and online service, please visit us at www.newyorklife.com/vsc.          000960

---

| Coverage | Insured: | **JEAN C WIEGAND** |
|---|---|---|
| | Policy Number: | **62 791 665** |
| | Policy Plan: | **NYLIAC Accumulator Universal Life Insurance** |
| | Policy Date: | **Jun 13, 2000** |
| | Planned Annual Premium: | **$750,000.00** |
| Life Insurance Death Benefit | **Total Death Benefit - Option 1** on Jun 12, 2009: (See Page 3 for details.) | **$1,400,000.00** |
| Policy Cash Value | **Cash Value** on Jun 12, 2009: (See Page 3 for details.) | **$877,922.12** |
| Cash Surrender Value | **Cash Surrender Value** on Jun 12, 2009: (See Page 3 for details.) | **$865,447.12** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your Customer Service Representative to review the status of your policy.**

---

Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

Policy Number: 62 791 665

Premium Amount: _____

( Minimum amount: $50.00)

Please be sure to make your check payable to
NYLIAC and include your policy number on it.
Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 742525
Cincinnati, OH 45274-2525

Optional premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Optional payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

**If you feel you need more information before making an unplanned premium payment, please call your Customer Service Representative at the number shown above.**

3462791665503000000006279166556
Edward Wiegand
NYL00831

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 15, 2009 |
|---|---|

| **Life Insurance Death Benefit** | **Period from Jun 13, 2008 to Jun 12, 2009** |
|---|---|
| Base Plan Face Amount on Jun 13, 2008 | $1,400,000.00 |

| **TOTAL DEATH BENEFIT on Jun 12, 2009** | $1,400,000.00 |
|---|---|

| **Policy Cash Value*** | **Period from Jun 13, 2008 to Jun 12, 2009** |
|---|---|
| Cash Value on Jun 13, 2008 | $877,998.23 |
| Increased by: | |
| Interest Earned | 40,140.32 |
| Decreased by: | |
| Cost of Insurance Charges** | 40,108.43 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2009** | $877,922.12 |
| Less Surrender Charge | 12,475.00 |
| **NET CASH VALUE on Jun 12, 2009** | $865,447.12 |

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.

\*\*   See page 4 for details.

| **Loan Summary** | **Period from Jun 13, 2008 to Jun 12, 2009** |
|---|---|

No activity during this period

| **Additional Information** |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2009 is 4.70%. This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test. Please refer to the Definition of Terms for more information. According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate contact one of our Customer Service Representatives.

| **Loans and Partial Surrenders** | **Period from Jun 13, 2008 to Jun 12, 2009** |
|---|---|

No activity during this period

| **Summary of Payments** | **Period from Jun 13, 2008 to Jun 12, 2009** |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time. Instead, we will hold this charge in escrow until the end of the surrender charge period. Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds. Please call one of our Customer Service Representatives for further details.

Edward Wiegand
NYL00832

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 15, 2009 |
| --- | --- |

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
| --- | --- | --- | --- | --- | --- | --- |
| Jun 13 2008 | Monthly Activity | | $ 3,342.68 | $ 9.00 | | |
| Jul 13 2008 | Monthly Activity | | 3,342.96 | 9.00 | 4.70% | $ 3,308.03 |
| Aug 13 2008 | Monthly Activity | | 3,342.53 | 9.00 | 4.70% | 3,418.35 |
| Sep 13 2008 | Monthly Activity | | 3,342.10 | 9.00 | 4.70% | 3,418.51 |
| Oct 13 2008 | Monthly Activity | | 3,342.37 | 9.00 | 4.70% | 3,308.38 |
| Nov 13 2008 | Monthly Activity | | 3,341.94 | 9.00 | 4.70% | 3,418.67 |
| Dec 13 2008 | Monthly Activity | | 3,342.21 | 9.00 | 4.70% | 3,308.47 |
| Jan 13 2009 | Monthly Activity | | 3,341.78 | 9.00 | 4.70% | 3,418.78 |
| Feb 13 2009 | Monthly Activity | | 3,341.34 | 9.00 | 4.70% | 3,419.05 |
| Mar 13 2009 | Monthly Activity | | 3,343.03 | 9.00 | 4.70% | 3,087.83 |
| Apr 13 2009 | Monthly Activity | | 3,342.60 | 9.00 | 4.70% | 3,418.29 |
| May 13 2009 | Monthly Activity | | 3,342.89 | 9.00 | 4.70% | 3,308.09 |
| Jun 12 2009 | Monthly Activity | | | | 4.70% | 3,307.87 |
| Totals as of Jun 12 2009 | | | $ 40,108.43 | $ 108.00 | | $ 40,140.32 |

\* The interest crediting rate of this universal life policy can change from month to month as stated in your policy contract. The interest crediting rate can increase, decrease or stay the same based on the returns of our NYLIAC portfolio, and may not change in direct correlation to current movements in the interest rate marketplace. This may have had an adverse effect on the interest crediting rate for this period. Please see the above table for detailed information on each month's interest rate. The interest crediting rate will never be less than the guaranteed interest crediting rate specified in your policy contract.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00. The current monthly administrative fee will be $9.00.

Edward Wiegand
NYL00833

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 15, 2009 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments of $750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Aug 2016**, assuming that you make **no further payments**, and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Apr 2014**, assuming that you make **no further payments**, and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000960

The **NUMBER ONE** cause of problems in processing claims is inaccurate or invalid beneficiary designations. - Call your Agent **TODAY** to review yours.

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future.  You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration.  You may annually request, without charge, such an illustration by contacting one of our Customer Service Representatives, calling 1-800-695-9873, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 6916, CLEVELAND OH 44101.  If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Jean C Wiegand
NYL00934

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX  75313-0539
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
Universal Life Premium Notice

Policyowner

**BILLING INFORMATION ENCLOSED**

||l|l||ll||l|l|||ll||l||ll||l||l||ll|l|l|l|l||l
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO  63131-4818

Agent/Representative
CUSTOMER RELATIONS
(800) 695-4331

Date Prepared:  JUN  4, 2010

| Policy Number: | 62 791 665 | **AMOUNT DUE * :** | **$750,000.00** |
| Insured: | **JEAN C WIEGAND** | **DATE  DUE :** | **06/13/2010** |

0001501

| Premium for the period from Jun 13, 2010  to  Jun 13, 2011 | **$750,000.00** |

   Your insurance policy is a very valuable asset.  It provides protection for your family, and could be a source of funds for education and savings to supplement retirement.  If anyone suggests that you cancel or replace your policy, please contact a customer service representative .

   This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  If you pay an amount that is not the same as the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

   Your premium will be credited to your policy on the business day that it is received.  Internal Revenue Service regulations may limit the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at  *www.newyorklife.com/vsc* or call one of our customer service representatives at 1-800-695-1314.  Thank you for making New York Life  *The Company You Keep®.*

**\* Please refer to an "Important Message Regarding Premium Payments" on the reverse side of this notice.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Please see reverse side for important information regarding your policy and accessing our Virtual Service Center.*
*PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE.*

| Policy Number : | 62 791 665 | Mode : **Annual** | **Premium Notice** |
| Insured: | JEAN C WIEGAND | | |

Date Due:  **06/13/2010**   Amount Due:  **$750,000.00**

||l|l||l|ll|l||ll||l|l||l|l|l||l|l||l|l||ll||l
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH  45274-2545

| Unplanned Payment: | |
| **Total Amount Remitted:** | |

Please make checks payable to NYLIAC and print your policy number on your check.  Thank you.

         1627916655061310103  75000000000000000000000  07500000000000000007

Edward Wiegand
NYL00835

Edward Wiegand
NYL00836

**NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 6916
CLEVELAND OH 44101**
*www.newyorklife.com*

**New York Life Insurance And Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Page 1 of 5**

Policyowner

Agents/Representatives

**HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818**

**CUSTOMER RELATIONS
(800) 695-4331**

**DATE PREPARED: JUN 14, 2010**

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2009** to **Jun 12, 2010**. If you have any questions, please contact  one of our Customer Service Representatives at **1-800-695-9873**. For policy information and online service, please visit us at www.newyorklife.com/vsc.                    000835

| Coverage | Insured: | **JEAN C WIEGAND** |
|---|---|---|
| | **Policy Number:** | **62 791 665** |
| | **Policy Plan:** | **NYLIAC Accumulator Universal Life Insurance** |
| | **Policy Date:** | **Jun 13, 2000** |
| | **Planned Annual Premium:** | **$750,000.00** |
| **Life Insurance Death Benefit** | **Total Death Benefit - Option 1** on Jun 12, 2010: (See Page 3 for details.) | **$1,400,000.00** |
| **Policy Cash Value** | **Cash Value** on Jun 12, 2010: (See Page 3 for details.) | **$870,983.90** |
| **Cash Surrender Value** | **Cash Surrender Value** on Jun 12, 2010: (See Page 3 for details.) | **$864,746.40** |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your Customer Service Representative to review the status of your policy.**

---
Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

**Policy Number: 62 791 665**

**Premium Amount: _____**

**(Minimum amount: $50.00)**
Please be sure to make your check payable to NYLIAC and include your policy number on it.
Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 742525
Cincinnati, OH  45274-2525

Optional premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval.  There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Optional payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing and advise you of any tax implications.  If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

**If you feel you need more information before making an unplanned premium payment, please call your Customer Service Representative at the number shown above.**

346279166550300000000627916655б
Edward Wiegand
NYL00837

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2010 |
|---|---|

| **Life Insurance Death Benefit** | **Period from Jun 13, 2009 to Jun 12, 2010** |
|---|---|
| Base Plan Face Amount on Jun 13, 2009 | $1,400,000.00 |

| **Policy Cash Value*** | **Period from Jun 13, 2009 to Jun 12, 2010** |
|---|---|
| Cash Value on Jun 13, 2009 | $878,032.66 |
| Increased by: | |
| Interest Earned | 39,208.00 |
| Decreased by: | |
| Cost of Insurance Charges** | 46,148.76 |
| Fees and Other Charges** | 108.00 |
| **CASH VALUE on Jun 12, 2010** | **$870,983.90** |
| Less Surrender Charge | 6,237.50 |
| **NET CASH VALUE on Jun 12, 2010** | **$864,746.40** |

| **TOTAL DEATH BENEFIT on Jun 12, 2010** | **$1,400,000.00** |
|---|---|

\*   Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.
\*\*  See page 4 for details.

| **Loan Summary** | **Period from Jun 13, 2009 to Jun 12, 2010** |
|---|---|

No activity during this period

| **Additional Information** |
|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2010 is 4.55%.  This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test.  Please refer to the Definition of Terms for more information.  According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate contact one of our Customer Service Representatives.

| **Loans and Partial Surrenders** | **Period from Jun 13, 2009 to Jun 12, 2010** |
|---|---|

No activity during this period

| **Summary of Payments** | **Period from Jun 13, 2009 to Jun 12, 2010** |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time.  Instead, we will hold this charge in escrow until the end of the surrender charge period.  Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds.  Please call one of our Customer Service Representatives for further details.

000035

Edward Wiegand
NYL00838

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2010 |
|---|---|

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2009 | Monthly Activity | | $ 3,823.65 | $ 9.00 | | $ 3,291.38 |
| Jul 13 2009 | Monthly Activity | | 3,827.65 | 9.00 | 4.65% | 3,379.02 |
| Aug 13 2009 | Monthly Activity | | 3,831.03 | 9.00 | 4.65% | 3,377.25 |
| Sep 13 2009 | Monthly Activity | | 3,834.45 | 9.00 | 4.65% | 3,251.45 |
| Oct 13 2009 | Monthly Activity | | 3,838.82 | 9.00 | 4.60% | 3,337.59 |
| Nov 13 2009 | Monthly Activity | | 3,842.59 | 9.00 | 4.60% | 3,227.83 |
| Dec 13 2009 | Monthly Activity | | 3,847.20 | 9.00 | 4.60% | 3,333.27 |
| Jan 13 2010 | Monthly Activity | | 3,851.07 | 9.00 | 4.60% | 3,331.16 |
| Feb 13 2010 | Monthly Activity | | 3,854.98 | 9.00 | 4.60% | 3,006.45 |
| Mar 13 2010 | Monthly Activity | | 3,861.31 | 9.00 | 4.60% | 3,311.01 |
| Apr 13 2010 | Monthly Activity | | 3,865.45 | 9.00 | 4.55% | 3,182.07 |
| May 13 2010 | Monthly Activity | | 3,870.56 | 9.00 | 4.55% | 3,179.52 |
| Jun 12 2010 | Monthly Activity | | | | 4.55% | |
| Totals as of Jun 12 2010 | | | $46,148.76 | $ 108.00 | | $ 39,208.00 |

\* The interest crediting rate of this universal life policy can change from month to month as stated in your policy contract.  The interest crediting rate can increase, decrease or stay the same based on the returns of our NYLIAC portfolio, and may not change in direct correlation to current movements in the interest rate marketplace.  This may have had an adverse effect on the interest crediting rate for this period.  Please see the above table for detailed information on each month's interest rate.  The interest crediting rate will never be less than the guaranteed interest crediting rate specified in your policy contract.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00.  The current monthly administrative fee will be $8.00.

000035

Edward Wiegand
NYL00839

**New York Life Insurance and Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary
Policy Number: 62 791 665
Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 14, 2010 |
|---|---|

**Conditions
of Policy
Coverage**

If you make no future **partial surrenders** or **loans** your policy will continue in force until:

1. **Maturity**, assuming that you make **all planned Annual premium payments of $750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity**, assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Jul 2016**, assuming that you make **no further payments,** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Oct 2014**, assuming that you make **no further payments,** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000035

The **NUMBER ONE** cause of problems in processing claims is inaccurate or invalid beneficiary designations. - Call your Agent **TODAY** to review yours.

**IMPORTANT POLICYOWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by contacting one of our Customer Service Representatives, calling 1-800-695-9873, or writing to the New York Life Insurance and Annuity Corporation at PO BOX 6916, CLEVELAND OH 44101. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department.

Wiegand
NYL00840

016596215
NYLIAC (A Delaware Corporation)
PO BOX 130539
Dallas, TX  75313-0539
1-800-695-1314
www.newyorklife.com

**New York Life Insurance and Annuity**
**Corporation** (A Delaware Corporation)
Universal Life Premium Notice

_____
_____

Policyowner

**BILLING INFORMATION ENCLOSED**

 իսկվիկեկինակիկերվեկիրկիկիվիկիկիկ
HERBERT C WIEGAND REVOCABLE TRUST
DTD 04-15-97
9 HUNTLEIGH WOODS
SAINT LOUIS, MO  63131-4818

Agent/Representative
CUSTOMER RELATIONS
(800) 695-4331

_____
_____
_____
_____

Date Prepared:  JUN 3, 2011

| | |
|---|---|
| Policy Number: **62 791 665** | **AMOUNT DUE * :**   **$750,000.00** |
| Insured:    **JEAN C WIEGAND** | **DATE  DUE :**    **06/13/2011** |

0001422

| | |
|---|---|
| **Premium for the period from Jun 13, 2011  to  Jun 13, 2012** | **$750,000.00** |

   Your insurance policy is a valuable asset.  It provides protection for your family, and could be a source of funds for education and retirement savings.  Please contact a customer service representative before you cancel or make any policy changes.

   This is a notice for the planned payment for your life insurance policy.  It does not waive a prior lapse or other failure to keep this policy in force.  To pay an amount other than the Planned Premium, please indicate that amount in the Unplanned Payment Box below.

   Your payment will be credited to your policy on the business day received.  IRS regulations may limit the amount of money you can put into your policy to retain its status as life insurance for tax purposes.  Premium payments can cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences.  If a MEC classification occurs, we will notify you in writing.  If you want to avoid a MEC status, you must promptly apply for a refund of premium.

**PLEASE ONLY USE THIS NOTICE FOR PAYMENTS TO YOUR POLICY.**   For policy service, including a change to your address or premium mode, please visit our website at  **www.newyorklife.com/vsc** or call one of our customer service representatives at 1-800-695-1314.  Thank you for making New York Life  **The Company You Keep®.**

**\* Please refer to an "Important Message Regarding Premium Payments" on the reverse side of this notice.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
   _Please see reverse side for important information regarding your policy and accessing our Virtual Service Center._
   _PLEASE DO NOT USE THIS FOR SERVICE REQUESTS AND RETURN THIS PART WITH YOUR PAYMENT IN THE ENCLOSED ENVELOPE._

Policy Number : 62 791 665           Mode : **Annual**
Insured:           JEAN C WIEGAND

**Premium Notice**

Date Due:  06/13/2011   Amount Due:  $750,000.00

 իկիկիկիկիկիկիկիկիկիիկիկիկ
NYLIAC (A Delaware Corporation)
PO BOX 742545
CINCINNATI, OH  45274-2545

| | |
|---|---|
| **Unplanned Payment:** | |
| **Total Amount Remitted:** | |

**Please make checks payable to NYLIAC and print your policy number on your check. Thank you.**

ᴸ62791665506l311103  750000000000000000000000  075000000000000006

Edward Wiegand
NYL00841

Edward Wiegand
NYL00842

NEW YORK LIFE INSURANCE AND ANNUITY
CORPORATION (A DELAWARE CORPORATION)
PO BOX 6916
CLEVELAND OH 44101
www.newyorklife.com

**New York Life Insurance And Annuity
Corporation** (A Delaware Corporation)
**Annual Policy Summary**
Page 1 of 5

Agents/Representatives

Policyowner

HERBERT C WIEGAND REVOCABLE TRUST DT
9 HUNTLEIGH WOODS
SAINT LOUIS MO 63131-4818

CUSTOMER RELATIONS
(800) 695-4331

DATE PREPARED: JUN 13, 2011

This annual summary highlights the financial activity for your policy during the period from **Jun 13, 2010** to **Jun 12, 2011**. If you have any questions, please contact one of our Customer Service Representatives at 1-800-695-9873. For policy information and online service, please visit us at www.newyorklife.com/vsc.

000005

| Coverage | Insured: | JEAN C WIEGAND |
|---|---|---|
| | Policy Number: | 62 791 665 |
| | Policy Plan: | NYLIAC Accumulator Universal Life Insurance |
| | Policy Date: | Jun 13, 2000 |
| | Planned Annual Premium: | $750,000.00 |
| Life Insurance Death Benefit | Total Death Benefit - Option 1 on Jun 12, 2011: (See Page 3 for details.) | $1,400,000.00 |
| Policy Cash Value | Cash Value on Jun 12, 2011: (See Page 3 for details.) | $850,612.89 |
| Cash Surrender Value | Cash Surrender Value on Jun 12, 2011: (See Page 3 for details.) | $850,612.89 |

**Please be sure to review the Conditions of Policy Coverage and other important information on Page 5 along with the Definition of Terms on the reverse side of this page. Now may also be a good time to contact your Customer Service Representative to review the status of your policy.**

Use this portion and the enclosed envelope to make an unplanned premium payment to your policy.

Policy Number: 62 791 665

Premium Amount: _____

(Minimum amount: $50.00)

Please be sure to make your check payable to NYLIAC and include your policy number on it. Please send your check to:

New York Life Insurance and Annuity Corporation
PO Box 742525
Cincinnati, OH 45274-2525

Optional premiums are subject to Internal Revenue Service regulations and may be subject to underwriting approval. There also may be a limit on the amount of money you can put into your policy and have it retain its status as life insurance for tax purposes. Optional payments can also cause the policy to become a Modified Endowment Contract (MEC) with possible tax consequences. If a MEC classification occurs, we will notify you in writing and advise you of any tax implications. If you wish to avoid a MEC status, you must promptly apply for a refund of that premium at the time you receive our notice.

If you feel you need more information before making an unplanned premium payment, please call your Customer Service Representative at the number shown above.

3462791665503000000000627916655b

Edward Wiegand
NYL00843

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 3 of 5**

---

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2011 |
|---|---|

| **Life Insurance Death Benefit** | **Period from Jun 13, 2010 to Jun 12, 2011** |
|---|---|

Base Plan Face Amount on Jun 13, 2010        $1,400,000.00

**TOTAL DEATH BENEFIT**
**on Jun 12, 2011**                                    $1,400,000.00

| **Policy Cash Value*** | **Period from Jun 13, 2010 to Jun 12, 2011** |
|---|---|

Cash Value on Jun 13, 2010                              $871,090.16
Increased by:
Interest Earned                                                     37,912.38
Decreased by:
Cost of Insurance Charges**                               58,293.65
Fees and Other Charges**                                        96.00

**CASH VALUE on Jun 12, 2011**            **$850,612.89**

**NET CASH VALUE**
**on Jun 12, 2011**                                      **$850,612.89**

\*    Any gain in the policy may be subject to taxation if it lapses or is surrendered prior to the death of the insured.

\*\*   See page 4 for details.

000085

| **Loan Summary** | **Period from Jun 13, 2010 to Jun 12, 2011** |
|---|---|

No activity during this period

| **Additional Information** | |
|---|---|

Assuming your current face amount and cash value remain unchanged, the current interest crediting rate as of Jun 13, 2011 is 4.45%.  This rate may change at any time.

Your Life Insurance Qualification Test is the Guideline Premium Test.  Please refer to the Definition of Terms for more information.  According to Section 7702 or 101(F) of the Internal Revenue Code, premiums paid may not exceed the greater of $995,991.82 or annual equivalents of $168,477.95.

To obtain an updated policy illustration based on our current interest rate contact one of our Customer Service Representatives.

| **Loans and Partial Surrenders** | **Period from Jun 13, 2010 to Jun 12, 2011** |
|---|---|

No activity during this period

| **Summary of Payments** | **Period from Jun 13, 2010 to Jun 12, 2011** |
|---|---|

No activity during this period

If you request a partial surrender after your policy's 5th anniversary, we will not deduct a surrender charge at that time.  Instead, we will hold this charge in escrow until the end of the surrender charge period.  Should you surrender your policy for its full cash surrender value before the end of this period, the amount held in escrow plus any other applicable fees will be deducted from the surrender proceeds.  Please call one of our Customer Service Representatives for further details.

Edward Wiegand
NYL00844

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 4 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2011 |
|---|---|

### TRANSACTION DETAILS

| Date | Activity | Payment, Loan and Partial Surrender Activity | Cost of Insurance Charges | Fees and Other Charges | Interest Crediting Rate* | Interest Earned |
|---|---|---|---|---|---|---|
| Jun 13 2010 | Monthly Activity | | $ 4,776.82 | $ 8.00 | | |
| Jul 13 2010 | Monthly Activity | | 4,790.84 | 8.00 | 4.60% | $ 3,246.89 |
| Aug 13 2010 | Monthly Activity | | 4,804.40 | 8.00 | 4.60% | 3,309.37 |
| Sep 13 2010 | Monthly Activity | | 4,818.15 | 8.00 | 4.60% | 3,303.63 |
| Oct 13 2010 | Monthly Activity | | 4,833.18 | 8.00 | 4.55% | 3,176.48 |
| Nov 13 2010 | Monthly Activity | | 4,847.62 | 8.00 | 4.55% | 3,256.36 |
| Dec 13 2010 | Monthly Activity | | 4,863.20 | 8.00 | 4.55% | 3,145.31 |
| Jan 13 2011 | Monthly Activity | | 4,878.29 | 8.00 | 4.45% | 3,214.43 |
| Feb 13 2011 | Monthly Activity | | 4,893.95 | 8.00 | 4.45% | 3,167.69 |
| Mar 13 2011 | Monthly Activity | | 4,912.59 | 8.00 | 4.45% | 2,854.84 |
| Apr 13 2011 | Monthly Activity | | 4,928.69 | 8.00 | 4.45% | 3,153.60 |
| May 13 2011 | Monthly Activity | | 4,945.92 | 8.00 | 4.45% | 3,045.32 |
| Jun 12 2011 | Monthly Activity | | | | 4.45% | 3,038.46 |
| Totals as of Jun 12 2011 | | | $58,293.65 | $96.00 | | $37,912.38 |

\* The interest crediting rate of this universal life policy can change from month to month as stated in your policy contract. The interest crediting rate can increase, decrease or stay the same based on the returns of our NYLIAC portfolio, and may not change in direct correlation to current movements in the interest rate marketplace. This may have had an adverse effect on the interest crediting rate for this period. Please see the above table for detailed information on each month's interest rate. The interest crediting rate will never be less than the guaranteed interest crediting rate specified in your policy contract.

For the next policy year, the current percent of premium expense charge will be 6.00% of premiums paid up to the Surrender Charge Premium and 4.50% of premiums in excess of the Surrender Charge Premium. The Surrender Charge Premium for this policy is $62,375.00. The current monthly administrative fee will be $8.00.

Edward Wiegand
NYL00845

**New York Life Insurance and Annuity Corporation** (A Delaware Corporation)
**Annual Policy Summary**
**Policy Number: 62 791 665**
**Page 5 of 5**

| Insured Name: JEAN C WIEGAND | Date Prepared: Jun 13, 2011 |
|---|---|

**Conditions of Policy Coverage**

If you make no future **partial surrenders** or **loans,** your policy will continue to be in effect until:

1. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

2. **Maturity,** assuming that you make **all planned Annual premium payments** of **$750,000.00** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

3. **Jul 2016,** assuming that you make **no further payments,** and that the **current** interest rate is credited and the **fees and charges** that are currently utilized continue to be deducted.

4. **Mar 2015,** assuming that you make **no further payments,** and that the **guaranteed** interest rate is credited and the maximum **fees and charges** that are guaranteed by the policy are deducted.

000885

The **NUMBER ONE** cause of problems in processing claims is inaccurate or invalid beneficiary designations. - Call your Agent **TODAY** to review yours.

**IMPORTANT POLICY OWNER NOTICE:** You should consider requesting more detailed information about your policy to understand how it may perform in the future. You should not consider replacement of your policy or make changes in your coverage without requesting a current illustration. You may annually request, without charge, such an illustration by calling 1-800-695-9873, writing to New York Life Insurance and Annuity Corporation at PO Box 6916, Cleveland OH 44101 or contacting your Customer Service Representative. If you do not receive a current illustration of your policy within 30 days from your request, you should contact your state insurance department. The insurer may vary the sequential order of the methods for obtaining an in force illustration.