UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| EDWARD WIEGAND, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 4:22CV188 HEA |
| | ) |
| NEW YORK LIFE INSURANCE & ANNUITY CORPORATION and NEW YORK INSURANCE COMPANY | ) ) ) |
| | ) |
| Defendants. | ) |

# **ORDER**

For the reasons set forth in Defendants' Motion to Compel Deposition Testimony of Joann Dryoff, the motion is granted.

The trial setting of November 13, 2023 is vacated.

Defendants' Motion for Reconsideration is taken under submission. Within 21 days from the deposition of Ms. Dryoff, the parties shall submit a status report.

The Motions in Limine and the Motion to Strike Defendants' expert are taken under submission.

Dated this 7th day of November, 2023.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE